IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JOSEPH STEVEN CALLAHAN,

    Plaintiff,

v.                                          Civil Action No. **3:15CV78**

FAIRFAX COUNTY ADULT DETENTION
CENTER COUNTY JAIL, *et al.*,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on March 16, 2015, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he relocated. By Memorandum Order entered on December 21, 2015, the Court directed Plaintiff to file a particularized complaint. On January 7, 2016, the United States Postal Service returned the December 21, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                  /s/ MHL
                                                  M. Hannah Lauck
                                                  United States District Judge

Date: JAN 13 2016
Richmond, Virginia